UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AHMAD BENTMIM,
Petitioner,
v.
OTAY MESA DETENTION CENTER,
Respondents.

Case No.: 3:26-cv-5042-JES-MMP

**ORDER:**

**(1) GRANTING PETITION FOR WRIT OF HABEAS CORPUS;**

**(2) DENYING AS MOOT MOTION TO ISSUE A REPORT AND RECOMMENDATION**

**[ECF Nos. 1, 5]**

Before the Court is Petitioner Ahmad Bentmim's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's Order to Show Cause (ECF No. 2), Respondents filed a return. ECF No. 4. Petitioner then filed a Motion to Issue a Report and Recommendation. ECF No. 5.

Petitioner is a citizen of Iran who entered the United States on April 23, 2025, and has remained detained ever since. ECF No. 1-2 at 1. In the return, Respondents state: "Taking into consideration those prior rulings [in this District] and the length of time Petitioner has been in custody, the government concedes that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof

of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 4 at 1-2. The Court agrees, for the reasons set forth in *Sandesh v. LaRose*, No. 26-CV-0846-JES-DDL, 2026 WL 622690 (S.D. Cal. Mar. 5, 2026). The Court incorporates its reasoning in that case by reference here.

Accordingly, the Court **GRANTS** Petitioner's writ of habeas corpus, and **ORDERS** as follows:

(1) The Court **ORDERS** the government to provide the Petitioner (noncitizen) with a constitutionally adequate and individualized bond determination hearing within **fourteen days** of this Order, unless the noncitizen requests a continuance.

a. At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that the noncitizen is a danger to the community or a flight risk if released;

b. The IJ **SHALL** consider alternative conditions of release and the noncitizen's ability to pay bond if he or she determines bond is appropriate; and

c. The government **SHALL** make a complete record of the bond hearing available to the non-citizen and his counsel.

(2) The government is **ORDERED** to File a Notice of Compliance within **five days** of providing the noncitizen with the bond hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

In light of this ruling, the Court **DENIES AS MOOT** the Motion to Issue a Report and Recommendation. ECF No. 5. The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: September 30, 2026

Honorable James E. Simmons Jr.
United States District Judge